

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: WALTER L. BOYAKI INDIVIDUALLY AND AS REPRESENTATIVE OF BOYAKI FAMILY TRUST, | § | No. 08-19-00119-CV |
| | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | | |
| | § | |
| | § | |

**O R D E R**

The Court has considered Relators' petition for writ of mandamus and is of the opinion that the case should be set for submission without oral argument. A submission date has not yet been determined. The parties will be provided with advanced notice of the setting. See Tex.R.App.P. 39.8

IT IS SO ORDERED this 17th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.